IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL REYES,           §<br>    Plaintiff,         §<br>                      §<br>v.                    §<br>                      §<br>TEXAS DEPARTMENT OF CRIMINAL §<br>JUSTICE AND BRYAN COLLIER, IN §<br>HIS OFFICIAL CAPACITY,   §<br>    Defendants.        § | CIVIL ACTION NO. 1:16-cv-954-SS |

**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

The parties, through their counsel, file this Joint Motion to Extend the Deadline to File the Joint Stipulation of Dismissal. On April 30, 2018, the Court ordered the parties to submit a joint stipulation of dismissal within 7 days—by May 7, 2018. ECF No. 84. The parties agreed in a signed preliminary settlement agreement that they would file a joint stipulated dismissal after the settlement sum was delivered to Plaintiff's counsel.

Unfortunately, that cannot be accomplished by May 7, 2018. TDCJ must go through several state agency steps to finalize the settlement, including but not limited to, approval by TDCJ administration, the Office of the Attorney General, and Governor Greg Abbott. The funds will then be distributed by the Comptroller's office, which requires its own process to finalize payment. TDCJ does not anticipate issues

1

with obtaining these approvals or completing the process, but expects it to take at least six weeks.[1]

Therefore, the parties respectfully ask the Court to extend the deadline to file the Joint Stipulation of Dismissal to June 15, 2018.

        Respectfully submitted.

/s/ Heather Rhea
**HEATHER RHEA**
Attorney-in-Charge
Assistance Attorney General
State Bar No. 24085420
Heather.rhea@oag.texas.gov

**EMMA LOMAX**
Assistance Attorney General
State Bar No. 24078875
Emma.Lomax@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 370-9985

/s/ Peter McGraw
**PETER MCGRAW**
Attorney-in-Charge
State Bar No. 24081036
pmcgraw@trla.org

**KATHRYN YOUKER**
State Bar No. 24014928
kyouker@trla.org

TEXAS RIOGRANDE LEGAL AID, INC.
1206 E. Van Buren St.
Brownsville, Texas 78520

---

[1] TDCJ will make a good faith effort to complete settlement within that time frame. But if the end of this timeline approaches, and TDCJ does not foresee settlement being finalized, it will update the Court with where in the process it is.

>Phone: (956) 982-5540
>Fax: (956) 541-1410

### NOTICE OF ELECTRONIC FILING

I, **HEATHER RHEA**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas, on May 7, 2018.

>/s/ Heather Rhea
>**HEATHER RHEA**
>Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **Heather Rhea**, Assistant Attorney General of Texas, certify that a correct copy of the foregoing has been served via the Court's Electronic Case Filing System on May 7, 2018, addressed to:

>Peter McGraw
>Attorney for Plaintiff
>State Bar No. 24081036
>316 South Closner Blvd.
>Edinburg, Texas 78539
>(956) 393-6230/Fax (956) 383-4688
>pmcgraw@trla.org

>Kathryn Youker
>Attorney for Plaintiff
>State Bar No. 24014928
>531 East St. Francis St.
>Brownsville, Texas 78520
>(956) 982-5540/Fax (956) 541-1410
>kyouker@trla.org

>/s/ Heather Rhea
>**HEATHER RHEA**
>Assistant Attorney General